# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 3904 | **DATE** | 10/19/2010 |
| **CASE TITLE** | Federal Trade Commission vs. Kevin Trudeau | | |

**DOCKET ENTRY TEXT**

The undersigned judge chooses to exercise his prerogative as a senior judge pursuant to 28 U.S.C. § 294(b), to transfer the criminal proceedings arising from its order dated September 16, 2010, (Doc. 339) ordering defendant Kevin Trudeau to show cause why he should not be held in criminal contempt for violating the agreed consent order dated September 2, 2004 (Doc. 56), to the Executive Committee of this district for reassignment to another judge under a new number and caption: <u>United States v. Kevin Trudeau</u>. This court will continue to preside in the civil proceedings brought by the FTC against Trudeau. See <u>FTC v. Trudeau</u>, 606 F.3d 382, 391 (7th Cir. 2010).

Docketing to mail notices.

| | Courtroom Deputy Initials: | GS |
|---|---|---|