**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number: 10-CR-00886

UNITED STATES OF AMERICA )
        Plaintiff, )
    v. )
KEVIN TRUDEAU, )
        Defendant. )

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KEVIN TRUDEAU

| | |
|---|---|
| **NAME** (Type or print) <br> Thomas L. Kirsch | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas L. Kirsch | |
| **FIRM** <br> Winston & Strawn LLP | |
| **STREET ADDRESS** <br> 35 W. Wacker Drive | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270075 | **TELEPHONE NUMBER** <br> (312) 558-3220 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☑    APPOINTED COUNSEL ☐ | |