**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:10−cr−00886 |
| | Honorable Ronald A. Guzman |
| Kevin Trudeau | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 7, 2011:

MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held on 4/7/2011. All pretrial motions due by 6/6/2011. Responses due 6/21/11. Replies due 7/5/11. Status hearing set for 7/27/2011 at 10:30 AM. Defendant 9;s presence is waived at the next status. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.