# EXHIBIT B

Original Order to Show Cause

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03 C 3904 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| KEVIN TRUDEAU, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This court has found, and the Seventh Circuit has affirmed, that defendant Kevin Trudeau committed civil contempt of this court's September 2, 2004 Consent Order. See, FTC v. Trudeau, 572 F. Supp.2d 919 (N.D. Ill. 2008); aff'd in part, 579 F.3d 754 (7th Cir. 2009); Memorandum Opinion and Order dated April 16, 2010. In addition to the civil sanctions addressed in those opinions, the court finds that, as noted by the Court of Appeals, defendant may be subject to punishment for criminal contempt pursuant to Fed. R. Crim. P. 42. (See, FTC v. Trudeau, 579 F.3d at 776, 779.) Accordingly, it is hereby ordered:

Defendant Kevin Trudeau is directed to appear in courtroom 1703, Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois, on April 28, 2010, at 11:00 a.m., to show cause why he should not be prosecuted for and held in criminal contempt of this court's September 2, 2004 Consent Order. Specifically, defendant will personally be given notice, pursuant to Rule 42(a)(1), that this court will consider imposing a term of imprisonment not to exceed six months for defendant's producing and broadcasting deceptive infomercials that misrepresented the contents of defendant's book entitled The Weight Loss Cure "They" Don't Want You to Know About between December 2006 and November 2007, in direct and willful violation of this

court's order of September 2, 2004, prohibiting defendant from misrepresenting the content of any book authored by defendant. At the April 28 hearing, the court will set a date for the trial of this matter, allowing defendant a reasonable time to prepare a defense.

The court, pursuant to Fed. R. Crim. P. 42(a)(2), hereby requests that the United States Attorney for the Northern District of Illinois prosecute defendant Kevin Trudeau for criminal contempt of the September 2, 2004 Consent Order. The United States Attorney, or an Assistant United States Attorney acting at his direction, is directed to appear at the April 28 hearing.

**ENTER:** April 16, 2010

_____
**Robert W. Gettleman
United States District Judge**