# EXHIBIT C

Proposed Amended Order to Show Cause

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 10 CR 886 |
| | ) | |
| KEVIN TRUDEAU | ) | Judge Ronald A. Guzman |

## **ORDER**

Pursuant to Fed. R. Crim. P. 42(a)(1), this Court orders defendant Kevin Trudeau to show cause why he should not be held in criminal contempt, in violation of Title 18, United States Code, Section 401(3), for willfully violating the district court's order of September 2, 2004, in case number 03 CV 3904, when, on or about December 23, 2006, on or about January 8, 2007, and on or about July 6, 2007, defendant made representations in infomercials that misrepresented the content of defendant's book entitled *The Weight Loss Cure "They" Don't Want You to Know About*.

At a later date, the Court will set a date for the trial of this matter before this Court, allowing defendant a reasonable time to prepare a defense.

ENTER: _____

_____
Ronald A. Guzman
United States District Judge