UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 10-CR-00886 |
|         v. | ) | |
| | ) | Honorable Ronald A. Guzman |
| KEVIN TRUDEAU, | ) | |
|     Defendant. | ) | |

**KEVIN TRUDEAU'S MOTION FOR DISMISSAL
PURSUANT TO THE SPEEDY TRIAL ACT**

Defendant Kevin Trudeau respectfully moves this Court for an order dismissing this case pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.* In further support of this Motion, Mr. Trudeau submits the accompanying Memorandum of Law in Support and states as follows:

1. On April 16, 2010, United States District Judge Robert W. Gettleman initiated a criminal contempt prosecution against Mr. Trudeau, by issuing an Order to Show Cause. The Order to Show Cause directed Mr. Trudeau:

> . . . to show cause why he should not be prosecuted for and held in criminal contempt of this court's September 2, 2004 Consent Order. Specifically, defendant will personally be given notice, pursuant to Rule 42(a)(1), that this court will consider imposing a term of imprisonment not to exceed six months for defendant's producing and broadcasting deceptive infomercials that misrepresented the contents of defendant's book entitled The Weight Loss Cure "They" Don't Want You to Know About between December 2006 and November 2007, in direct and willful violation of this court's order of September 2, 2004[.]

(Case No. 03 C 3904, Docket No. 338.) Judge Gettleman referred the matter to the United States Attorney for prosecution, and the United States Attorney's Office accepted the referral on April 29, 2010.

2. The Speedy Trial Act's 70-day period for commencing a trial on the criminal charges began to run on April 29, 2010, the date Trudeau first appeared before Judge Gettleman on the Order to Show Cause. The exclusions of time expired on October 22, 2010. Because the Speedy Trial clock has now expired, the law compels dismissal of this criminal prosecution.

3. The dismissal of this action should be with prejudice because the alleged offense is not serious within the meaning of the Speedy Trial Act, the delay is solely attributable to the government, and reprosecution would vitiate the purposes of the law and undermine the administration of justice. 18 U.S.C. § 3162(a)(1); *see also United States v. Janik,* 723 F.2d 537, 546 (7th Cir. 1983).

WHEREFORE, Mr. Trudeau respectfully requests that the Court grant his Motion for Dismissal Pursuant to the Speedy Trial Act.

                                          Respectfully submitted,

                                          KEVIN TRUDEAU

                                          By:   /s/ Kimball R. Anderson
                                                    One of His Attorneys

Kimball R. Anderson (kanderson@winston.com)
Thomas L. Kirsch II (tkirsch@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
312-558-5600

Daniel J. Hurtado (dhurtado2@att.net)
Law Office of Daniel J. Hurtado
841 North Grove Avenue
Oak Park, Illinois 60302
708-289-2503

## **CERTIFICATE OF SERVICE**

I, Kimball R. Anderson, an attorney, hereby certify that on June 6, 2011, I caused to be served true copies of Kevin Trudeau's Motion for Dismissal Pursuant to the Speedy Trial Act by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

Marc Krickbaum
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL  60604


/s/ Kimball R. Anderson
Kimball R. Anderson