UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> KEVIN TRUDEAU, ) <br>     Defendant. ) <br> ) | Case No. 10-CR-00886 <br><br> Honorable Ronald A. Guzman |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Defendant Kevin Trudeau respectfully moves for an order extending the time for filing reply briefs in support of his Motion for Dismissal Pursuant to the Speedy Trial Act and in support of his Motion for Dismissal under the Double Jeopardy Clause. Mr. Trudeau states as follows:

1. Mr. Trudeau filed both motions on June 6, 2011. The Government filed a consolidated response brief in opposition to the motions on June 21, 2011.

2. Mr. Trudeau's reply briefs are due on July 5, 2011.

3. Mr. Trudeau requests a brief extension of time until Monday, July 11, to file the reply briefs as a result of unavoidable conflicts in Mr. Trudeau's attorneys' schedules.

4. The Government has indicated to the undersigned that it has no objection to the relief requested herein.

WHEREFORE, Mr. Trudeau respectfully requests that the Court grant his Motion for an Extension of Time.

Dated: July 5, 2011						Respectfully submitted,

								KEVIN TRUDEAU

							By:	/s/ Thomas L. Kirsch II
								One of His Attorneys

Kimball R. Anderson (kanderson@winston.com)
Thomas L. Kirsch II (tkirsch@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
312-558-5600

Daniel J. Hurtado (dhurtado2@att.net)
Law Office of Daniel J. Hurtado
841 North Grove Avenue
Oak Park, Illinois  60302
708-289-2503

**CERTIFICATE OF SERVICE**

      I, Thomas L. Kirsch II, an attorney, hereby certify that on July 5, 2011, I caused to be served true copies of Kevin Trudeau's Motion for an Extension of Time by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

Marc Krickbaum
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL  60604


                                                /s/ Thomas L. Kirsch II
                                                Thomas L. Kirsch II