UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>KEVIN TRUDEAU, )<br>    Defendant. )<br>_____ ) | Case No. 10-CR-00886<br><br>Honorable Ronald A. Guzman |

## NOTICE OF MOTION

**TO:** Marc Krickbaum
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, Illinois 60604

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Ronald A. Guzman on July 7, 2011 at 9:30 a.m. in Courtroom 1219 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and present **Unopposed Motion for an Extension of Time**, a copy of which has been served upon you by the Court's electronic filing system.

    Respectfully submitted,

    By: /s/ Thomas L. Kirsch II
    Kimball R. Anderson (kanderson@winston.com)
    Thomas L. Kirsch II (tkirsch@winston.com)
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, Illinois 60601
    312-558-5600

    Daniel J. Hurtado (dhurtado2@att.net)
    Law Office of Daniel J. Hurtado
    841 North Grove Avenue
    Oak Park, Illinois 60302
    708-289-2503

    *Attorneys for Kevin Trudeau*

**CERTIFICATE OF SERVICE**

      I, Thomas L. Kirsch II, an attorney, hereby certify that on July 5, 2011 I caused to be served true copies of the above Notice of Motion by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

Marc Krickbaum
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604

                                                /s/ Thomas L. Kirsch II
                                                Thomas L. Kirsch II
                                                Attorney for Kevin Trudeau