# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                       Case No.: 1:10−cr−00886

                                            Honorable Ronald A. Guzman

Kevin Trudeau

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2011:

      MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held on 7/27/2011. Status hearing set for 9/19/2011 at 10:30 AM. Mailed notice (cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.