## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                         Case No.: 1:10–cr–00886
                                         Honorable Ronald A. Guzman

Kevin Trudeau

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 19, 2011:

     MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau:
Status hearing held on 9/19/2011. Status hearing set for 12/7/2011 at 10:30 AM. Mailed
notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.