# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                  Case No.: 1:10−cr−00886

                                                Honorable Ronald A. Guzman

Kevin Trudeau

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 7, 2011:

      MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held on 12/7/2011. Motion by USA to amend rule to show cause as to Kevin Trudeau [8] is granted. Motion by Kevin Trudeau to dismiss pursuant to the Speedy Trial Act [9] is denied. Motion by Kevin Trudeau to dismiss UNDER THE DOUBLE JEOPARDY CLAUSE [11] is denied. Compliance with Rule 16 by 1/6/12. All motions and filings as stated in open court are to be filed on or before 4/5/12. Status hearing set for 4/18/2012 at 10:30 AM. Oral motion of Government to exclude time is granted. In the interest of justice,time from 12/7/11 to and including 4/18/12 is excluded under 18 USC § 3161 (7) (B) (iv). Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.