Order Form (01/2005) Case: 1:10-cr-00886 Document #: 25 Filed: 12/08/11 Page 1 of 1 PageID #:359 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 886 | **DATE** | 12/8/2011 |
| **CASE TITLE** | USA vs. Kevin Trudeau | | |

### DOCKET ENTRY TEXT

Enter order to show cause why defendant should not be held in criminal contempt.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

10CR886 USA vs. Kevin Trudeau     Page 1 of 1