UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 10 CR 886 |
| | ) | |
| KEVIN TRUDEAU | ) | Judge Ronald A. Guzman |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSE RULE 16 MATERIAL**

The UNITED STATES OF AMERICA respectfully requests an additional 14 days, until January 20, 2012, to make Rule 16 disclosures in this case. In support of this motion, the government states as follows.

1.      Defendant, Kevin Trudeau, is charged by an order to show cause why he should not be held in criminal contempt for participating in television infomercials that willfully misrepresented the content of his book, in violation of a civil consent decree with the Federal Trade Commission. The government's Rule 16 disclosures are due on January 6, 2012. Pre-trial motions are due on April 5, 2012. Trudeau is free on bond pending trial, and a trial date has not been set.

2.      In preparation for making Rule 16 disclosures, the government is reviewing voluminous materials in the possession of the Federal Trade Commission. Because of the volume of material, and because undersigned counsel has a trial before Judge Norgle beginning on January 10, 2012, it will be difficult for undersigned counsel to complete the review by January 6, 2012. A two-week extension will allow the government to complete the review.

3.      Trudeau's counsel has no objection to this motion.

Therefore, the government requests a 14-day extension, to January 20, 2012, to make Rule 16 disclosures in this case.

Dated: December 30, 2011

                                        Respectfully submitted,

                                        PATRICK J. FITZGERALD
                                        United States Attorney

                         By:      /s/ Marc Krickbaum
                                        MARC KRICKBAUM
                                        Assistant United States Attorney
                                        219 South Dearborn Street
                                        Chicago, Illinois  60604
                                        (312) 469-6052