UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 886 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| KEVIN TRUDEAU | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, January 5, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Ronald A. Guzman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

**TO DISCLOSE RULE 16 MATERIAL**

in the above-captioned case, at which time and place you may appear if you see fit.

    Respectfully submitted,
    PATRICK J. FITZGERALD
    United States Attorney

By:    /s/ MARC KRICKBAUM
       MARC KRICKBAUM
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 469-6052