**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                             Case No.: 1:10−cr−00886
                                                  Honorable Ronald A. Guzman

Kevin Trudeau
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 4, 2012:

      MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Notice of motion set for 1/5/12 is stricken. Unopposed motion by USA for extension of time to disclose Rule 16 material [27] is granted to and including 1/20/12. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.