UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 10 CR 886 |
| | ) | |
| KEVIN TRUDEAU | ) | Judge Ronald A. Guzman |

**GOVERNMENT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO DISCLOSE RULE 16 MATERIAL**

The UNITED STATES OF AMERICA respectfully requests an additional 14 days, until February 3, 2012, to make Rule 16 disclosures in this case. In support of this motion, the government states as follows.

1. Defendant, Kevin Trudeau, is charged by an order to show cause why he should not be held in criminal contempt for participating in television infomercials that willfully misrepresented the content of his book, in violation of a civil consent decree with the Federal Trade Commission. The government's Rule 16 disclosures are due today, January 20, 2012. Pre-trial motions are due on April 5, 2012. Trudeau is free on bond pending trial, and a trial date has not been set.

2. The vast majority of the discovery material in this case consists of material already in Mr. Trudeau's possession because it was part of the discovery in the civil case out of which this criminal case arose. In preparation for making any additional Rule 16 disclosures, the government is reviewing voluminous materials in the possession of the Federal Trade Commission. The government previously sought, and the court granted, an extension of time to review and disclose those materials,

based on the volume of material and a scheduled trial of undersigned counsel. The trial did not end until January 19, 2012, and the government has not completed its review. A two-week extension will allow the government to complete the review.

    3.    Trudeau's counsel has no objection to this motion.

Therefore, the government requests a 14-day extension, to February 3, 2012, to make Rule 16 disclosures in this case.

Dated: January 20, 2012

                        Respectfully submitted,

                        PATRICK J. FITZGERALD
                        United States Attorney

By:    /s/ Marc Krickbaum
       MARC KRICKBAUM
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 469-6052

2