# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division


UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                      Case No.: 1:10–cr–00886
                                                        Honorable Ronald A. Guzman

Kevin Trudeau

                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 24, 2012:


        MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau:
Defendant not in court. Motion hearing held on 1/24/2012. Motion by USA for extension
of time to Disclose Rule 16 Material [30] is granted to and including 2/3/12. Mailed notice
(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.