UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>                                     )<br>       v.                            )<br>                                     )<br>KEVIN TRUDEAU, )<br>    Defendant. )<br>_____) | Case No. 10-CR-00886<br><br>Honorable Ronald A. Guzman |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS**

Defendant Kevin Trudeau respectfully requests an additional 60 days, until June 4, 2012, to file its pre-trial motions in this case. The Government does not oppose Mr. Trudeau's motion. In support of this motion, Mr. Trudeau states as follows:

1. Defendant, Kevin Trudeau, is charged by an order to show cause why he should not be held in criminal contempt for participating in television infomercials that allegedly misrepresented the content of his book, in violation of a civil consent decree with the Federal Trade Commission. Pre-trial motions are due on April 5, 2012. A trial date has not been set.

2. In preparing the pre-trial motions in this case, counsel for Mr. Trudeau must carefully review the materials produced by the Government pursuant to Federal Rule of Criminal Procedure 16. Counsel for Mr. Trudeau, Thomas Kirsch, has been out of town in connection with an unrelated trial in Denver, Colorado (District of Colorado, Criminal Action No. 1:10-cr-00455) that began on February 6, 2012 and ended on March 1, 2012. The Government's Rule 16 disclosures were received by Mr. Kirsch on February 7, 2012. Therefore, the requested extension of time is reasonable, as Mr. Kirsch has not had sufficient time to review the Government's disclosures or prepare any pre-trial motions.

2

      3.      The Government has indicated to the undersigned that it has no objection to the relief requested herein.

      WHEREFORE, Mr. Trudeau respectfully requests that the Court grant his Motion for an Extension of Time.

Dated: March 9, 2012                     Respectfully submitted,

                                          KEVIN TRUDEAU

                              By:    /s/ Thomas L. Kirsch II
                                          One of His Attorneys

Thomas L. Kirsch II (tkirsch@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
312-558-5600

**CERTIFICATE OF SERVICE**

      I, Thomas L. Kirsch II, an attorney, hereby certify that on March 9, 2012, I caused to be served true copies of Agreed Motion for Extension of Time to File Pre-Trial Motions by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

Marc Krickbaum
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL  60604


                                                   /s/ Thomas L. Kirsch II
                                                   Thomas L. Kirsch II