UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 10-CR-00886 |
|     v. | ) | |
| | ) | Honorable Ronald A. Guzman |
| KEVIN TRUDEAU, | ) | |
|     Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

**TO:**    Marc Krickbaum
           United States Attorney's Office
           219 South Dearborn Street
           Suite 500
           Chicago, Illinois 60604

      PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Ronald A. Guzman on Thursday March 15, 2012 at 9:30 a.m. in Courtroom 1219 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and present **Kevin Trudeau's Unopposed Motion for Extension of Time to File Pre-Trial Motions**, a copy of which has been served upon you by the Court's electronic filing system.

                                                  Respectfully submitted,

                                                  By: /s/ Thomas L. Kirsch II_____
                                                  Thomas L. Kirsch II (tkirsch@winston.com)
                                                  WINSTON & STRAWN LLP
                                                  35 West Wacker Drive
                                                  Chicago, Illinois  60601
                                                  312-558-5600

                                                  *Attorney for Kevin Trudeau*

**CERTIFICATE OF SERVICE**

      I, Thomas L. Kirsch II, an attorney, hereby certify that on March 9, 2012 I caused to be served true copies of the above Notice of Motion by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

Marc Krickbaum
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604

      /s/ Thomas L. Kirsch II
      Thomas L. Kirsch II
      Attorney for Kevin Trudeau