# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                              Case No.: 1:10−cr−00886
                                              Honorable Ronald A. Guzman

Kevin Trudeau

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 17, 2012:

      MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing reset to 6/27/2012 at 10:30 AM. on request of parties. Without objection, in the interest of justice, time from 4/17/12 to and including 6/27/12 is excluded under 18 USC § 3161 (h)(7)(A) (B). Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.