UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 10 CR 886 |
| | ) | |
| KEVIN TRUDEAU | ) | Judge Ronald A. Guzman |

## AGREED MOTION TO SET TRIAL DATE AND PRE-TRIAL BRIEFING SCHEDULE

By agreement of the parties, the UNITED STATES OF AMERICA respectfully requests that the court set a trial date and briefing schedule as set forth in this motion.

1. Defendant Kevin Trudeau is charged by an order to show cause why he should not be held in criminal contempt for participating in television infomercials that willfully misrepresented the content of his book, in violation of a civil consent decree with the Federal Trade Commission. Trudeau is free on bond pending trial, and no trial date has been set. Currently, all pre-trial filings are due on June 4, 2012.

2. Government counsel has previously reviewed voluminous materials in the possession of the Federal Trade Commission to determine if any of these materials are subject to discovery in this matter. On February 3, 2012, the government made Rule 16 disclosures.

3. The United States Attorney's Office has recently learned of additional files in the Federal Trade Commission's possession that counsel needs to review for discoverable information. The United States Attorney's Office does not yet have the files, but counsel from the Federal Trade Commission has informed government

counsel that the files are voluminous.

4. The parties wish to set a trial date in this matter. Defense counsel has lengthy trials scheduled in August and October of 2012. Based on these trial dates and counsels' other obligations, in order permit defense counsel adequate time to prepare for trial, defense counsel requests, and the government agrees to, a trial date on February 11, 2013, or thereafter. This trial date would also allow the government to review the additional documents from the FTC, and would allow defense counsel to review any additional disclosures from the government in preparation for trial.

5. The parties also request a briefing schedule for pre-trial filings. The parties request that pre-trial motions be filed 45 days before trial, with responses 30 days before trial, and proposed jury instructions, voir dire, statements of the case, and witness lists 14 days before trial.

6. The government moves to exclude time until the trial date the court sets in this matter, because such an exclusion serves the ends of justice, as provided in 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv). Specifically, the delay requested is reasonable based on the complexity of the case, as evidenced by the volume of material in the possession of another government agency, and because, even if the case were not complex, as set forth above, delay is reasonable to allow for continuity of defense counsel and to allow defense counsel the reasonable time necessary for adequate preparation for trial. The defendant agrees to the exclusion of time on these grounds.

7. Counsel in this matter have conferred and agree to the proposals set forth in this motion.

## CONCLUSION

For these reasons, the government respectfully requests that the court set a trial date and briefing schedule, as agreed by the parties and proposed in this motion.

Dated: May 21, 2012

                                          Respectfully submitted,

                                          PATRICK J. FITZGERALD
                                          United States Attorney

                    By:      /s/ Marc Krickbaum
                              MARC KRICKBAUM
                              Assistant United States Attorney
                              219 South Dearborn Street
                              Chicago, Illinois 60604
                              (312) 469-6052