UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 886 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| KEVIN TRUDEAU | ) | |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on Thursday, May 24, 2012, at 9:30 a.m., or as soon thereafter

as counsel may be heard, I will appear before Judge Ronald A. Guzman in the courtroom usually

occupied by him in the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn

Street, Chicago, Illinois or before such other judge who may be sitting in his place and stead, and

then and there present:

**AGREED MOTION TO SET TRIAL DATE AND PRE-TRIAL BRIEFING SCHEDULE**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By:    /s/ MARC KRICKBAUM
MARC KRICKBAUM
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6052