# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:10−cr−00886
Honorable Ronald A. Guzman

Kevin Trudeau

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 23, 2012:

    MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Notice of motion set for 5/24/12 is stricken. Status hearing set for 6/27/12 is stricken. Agreed motion by USA to Set Trial Date and Pre−Trial Briefing Schedule as to Kevin Trudeau [37] is granted. Jury Trial set for 6/3/2013 at 09:00 AM. Pretrial Conference set for 5/29/2013 at 10:30 AM. Pretrial motions to be filed 45 days before trial, with responses due 30 days before trial, and proposed jury instructions, voir dire, statements of the case and witness lists 14 days before trial. Without objection, time to be excluded in the interest of justice for the complexity of the case, and for continuity of counsel under 18 U.S.C. Section 3161(h)(7)(A) − (B) and United States vs. O'Connor, No. 09−2476 (7th Cir.Sept. 1, 2011), from 5/23/12 to and including 6/3/13. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.