**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                  Case Number: 10-CR-00886

    UNITED STATES OF AMERICA    )
    Plaintiff,    )
    v.    )
    KEVIN TRUDEAU,    )
    Defendant.    )

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kevin Trudeau

| |
|---|
| NAME (Type or print) <br> Katherine E. Croswell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Katherine E. Croswell |
| FIRM <br> Winston & Strawn LLP |
| STREET ADDRESS <br> 35 W. Wacker Drive |
| CITY/STATE/ZIP <br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6299575 | TELEPHONE NUMBER <br> 312-558-3209 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☑    APPOINTED COUNSEL ☐