**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>                                     )<br>v.                                      )<br>                                     )<br>KEVIN TRUDEAU, )<br>    Defendant. ) | Case No. 10-CR-00886<br><br>Honorable Ronald A. Guzman |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to LR83.51.16(b)(3), I, Daniel J. Hurtado, respectfully move the Court for leave to withdraw as counsel of record for Plaintiff Kevin Trudeau. I have accepted a position with the Office of Executive Inspector General for the Agencies of the Illinois Governor, and therefore I am unable to continue representing Mr. Trudeau in this matter. Mr. Trudeau has advised me that he consents to my withdrawal. He will not be prejudiced by my withdrawal because his primary counsel in this matter is the law firm of Winston & Strawn, and trial is not scheduled to occur until June of 2013.

WHEREFORE, the undersigned respectfully requests that this Court enter an order granting him leave to withdraw as counsel of record.

Dated: July 26, 2012

                                                  Respectfully submitted,

                                                  KEVIN TRUDEAU

                                                  By:    /s/ Daniel J. Hurtado
                                                            One of his attorneys

Daniel J. Hurtado (ARDC #6217466)
841 North Grove Avenue
Oak Park, Illinois 60302
708-289-2503
Dhurtado2@att.net

**CERTIFICATE OF SERVICE**

      I, Daniel J. Hurtado, an attorney, certify that I caused the attached MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD to be filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, on July 26, 2012 through which service will be effected via ECF on:

Marc Krickbaum
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL  60604

                                                          /s/ Daniel J. Hurtado