# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>) Case No. 10-CR-00886<br>v. )<br>) Honorable Ronald A. Guzman<br>KEVIN TRUDEAU, )<br>    Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 2, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Ronald A. Guzman, or such other judge as may sitting in his stead, in the courtroom usually occupied by him, in Room 1219 of the United States District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present my MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD, a copy of which has been served upon you.

Dated: July 26, 2012

Respectfully submitted,

KEVIN TRUDEAU

By:     /s/ Daniel J. Hurtado
      One of his attorneys

Daniel J. Hurtado (ARDC #6217466)
841 North Grove Avenue
Oak Park, Illinois 60302
708-289-2503
Dhurtado2@att.net

**CERTIFICATE OF SERVICE**

  I, Daniel J. Hurtado, an attorney, certify that I caused the attached NOTICE OF MOTION to be filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, on July 26, 2012 through which service will be effected via ECF on:

  Marc Krickbaum
  United States Attorney's Office
  219 South Dearborn Street
  Suite 500
  Chicago, IL 60604

            /s/ Daniel J. Hurtado