# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                          Case No.: 1:10–cr–00886
                                          Honorable Ronald A. Guzman

Kevin Trudeau

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2013:

       MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing set for 3/20/2013 at 10:00 a.m. Enter Order. (For Further Details See Separate Order.) Mailed notice (meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.