IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEVIN TRUDEAU, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. 10 CR 886 <br><br> **Judge Ronald A. Guzmán** |

## ORDER

Pursuant to Fed. R. Crim. P. 42(a)(1), this Court orders defendant Kevin Trudeau to show cause why he should not be held in criminal contempt, in violation of Title 18, United States Code, Section 401(3), for willfully violating the district court's order of September 2, 2004, in case number 03 CV 3904, when, on or about December 23, 2006, on or about January 8, 2007, and on or about July 6, 2007, defendant made representations in infomercials that misrepresented the content of defendant's book entitled *The Weight Loss Cure "They" Don't Want You to Know About*.

Dated: March 12, 2013.          Nunc Pro Tunc Date: December 7, 2011.

**SO ORDERED**          **ENTER:**

_____
**RONALD A. GUZMÁN**
**District Judge**