**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　v. )<br>　　　　　　　　　　　　　　　　　　　　)<br>KEVIN TRUDEAU, )<br>　　　Defendant. )<br>_____) | Case No. 10-CR-00886<br><br>Honorable Ronald A. Guzman |

**MOTION FOR CONTINUANCE OF
JUNE 3, 2013 CRIMINAL CONTEMPT JURY TRIAL**

Defendant Kevin Trudeau respectfully requests a continuance of the criminal contempt jury trial that is currently set to begin in this case on June 3, 2013. In support of this Motion, Mr. Trudeau states as follows:

1.　On May 23, 2012, this Court set a criminal contempt jury trial for June 3, 2013, on an order to show cause why Defendant Kevin Trudeau should not be held in criminal contempt for violating a court order. (Case No. 03-cv-3904, Docket No. 339.) In the criminal contempt trial before this Court, Mr. Trudeau's liberty is at stake, as he faces a potential sentence of incarceration if he is found guilty of criminal contempt.

2.　On March 7, 2013, Judge Gettleman set an evidentiary hearing for May 21, 2013 to determine whether Mr. Trudeau has the ability to pay the $37.6 million judgment against him in connection with a civil contempt finding. (Case No. 03-cv-3904, Docket No. 579.) That evidentiary hearing is likely to take several days, and will likely involve the presentment of testimony from Mr. Trudeau and several other witnesses. As with the criminal contempt jury trial, Mr. Trudeau's liberty is at stake in connection with the evidentiary hearing in the civil case before Judge Gettleman. Specifically, the FTC has moved to incarcerate Mr. Trudeau

1

indefinitely until he pays the $37.6 million judgment in full. (Case No. 03-3904, Docket No. 481-1.)

3. On March 19, 2013, because Judge Gettleman's order setting the civil evidentiary hearing was entered after this Court's order setting the criminal trial, Mr. Trudeau moved for a continuance of the May 21, 2013 evidentiary hearing in the civil case before Judge Gettleman (but did not move for a continuance of the criminal case). However, Judge Gettleman denied the motion for continuance on April 4, 2013, indicating that he wished to proceed with the evidentiary hearing on May 21, 2013, making this Motion before this Court necessary.

4. Due to the gravity of these events, both the May 21, 2013 evidentiary hearing and June 3, 2013 criminal trial will require an enormous amount of Mr. Trudeau's time and resources, as well as extensive preparation by his attorneys from Winston & Strawn LLP, Kimball Anderson and Thomas Kirsch. And yet, these proceedings are now scheduled less than two weeks apart. It would be a tremendous burden for Mr. Trudeau and his attorneys to prepare adequately for both the evidentiary hearing and criminal contempt trial within such a short period of time, especially when Mr. Trudeau's very freedom is at stake in both instances.

5. A continuance will not prejudice the U.S. Attorney's Office. On the other hand, Mr. Trudeau will be extremely prejudiced if the requested continuance is not granted for the reasons described above.

6. Counsel for Mr. Trudeau discussed this Motion with Assistant United States Attorney Marc Krickbaum who indicated that the government is not taking a position on this Motion at this time.

WHEREFORE, Mr. Trudeau respectfully requests that the Court grant his Motion for Continuance and reset the date for the criminal contempt trial.

Dated:  April 5, 2013                           Respectfully submitted,

                                                                                               KEVIN TRUDEAU

                                          By:     /s/ Thomas L. Kirsch II
                                                                  One of His Attorneys

Kimball R. Anderson (kanderson@winston.com)
Thomas L. Kirsch II (tkirsch@winston.com)
Katherine E. Croswell (kcroswell@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
312-558-5600

**CERTIFICATE OF SERVICE**

      I, Thomas L. Kirsch II, an attorney, hereby certify that on April 5, 2013, I caused to be served true copies of MOTION FOR CONTINUANCE OF JUNE 3, 2013 CRIMINAL CONTEMPT JURY TRIAL by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

Marc Krickbaum
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604


                                                /s/ Thomas L. Kirsch II
                                                Thomas L. Kirsch II