# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|         Plaintiff,        ) | |
|                                  ) | Case No. 10-CR-00886 |
|         v.        ) | |
|                                  ) | Honorable Ronald A. Guzman |
| KEVIN TRUDEAU,        ) | |
|         Defendant.        ) | |
| _____) | |

## NOTICE OF MOTION

**TO:**   Marc Krickbaum
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Ronald A. Guzman on Tuesday April 9, 2013 at 9:30 a.m. in Courtroom 1219 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and present **MOTION FOR CONTINUANCE OF JUNE 3, 2013 CRIMINAL CONTEMPT JURY TRIAL**, a copy of which has been served upon you by the Court's electronic filing system.

Respectfully submitted,

By: /s/ Thomas L. Kirsch II

Thomas L. Kirsch II
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: 312-558-5600
Facsimile: 312-558-5700

*Attorney for Defendant Kevin Trudeau*

**CERTIFICATE OF SERVICE**

I, Thomas L. Kirsch II, an attorney, hereby certify that on April 5, 2013 I caused to be served true copies of the above Notice of Motion by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

Marc Krickbaum
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL  60604

/s/ Thomas L. Kirsch II
Thomas L. Kirsch II

*Attorney for Defendant Kevin Trudeau*