## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                          Case No.: 1:10–cr–00886
                                          Honorable Ronald A. Guzman

Kevin Trudeau

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2013:

      MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Motion hearing held. Defendant's motion for continuance of trial [47] is entered and continued to 5/28/2013 at 9:30 a.m. for parties to report on results from hearing of Judge Gettleman. Final pretrial conference set for 5/29/2013 at 10:30 a.m. and jury trial set for 6/3/2013 at 9:00 a.m. are stricken. Mailed notice (meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.