# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>KEVIN TRUDEAU, )<br>    Defendant. )<br>_____ ) | Case No. 10-CR-00886<br><br>Honorable Ronald A. Guzman |

## NOTIFICATION OF BANKRUPTCY PROCEEDINGS

Defendant Kevin Trudeau hereby notifies this Court that on April 22, 2013, he filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of Illinois (Case No. 13-16784). Mr. Trudeau has also notified Judge Gettleman who is presiding over *FTC v. Trudeau* (Case No. 03-CV-3904). *See* Ex. A (Notification of Bankruptcy).

Dated: April 23, 2013

Respectfully submitted,

KEVIN TRUDEAU

By: /s/ Thomas L. Kirsch II
      One of His Attorneys

Kimball R. Anderson (kanderson@winston.com)
Thomas L. Kirsch II (tkirsch@winston.com)
Katherine E. Croswell (kcroswell@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
312-558-5600

**CERTIFICATE OF SERVICE**

    I, Thomas L. Kirsch II, an attorney, hereby certify that on April 23, 2013, I caused to be served true copies of NOTIFICATION OF BANKRUPTCY PROCEEDINGS by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

Marc Krickbaum
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL  60604

                                            /s/ Thomas L. Kirsch II
                                            Thomas L. Kirsch II