UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN TRUDEAU | No.    10 CR 886<br><br>Judge Ronald A. Guzmán |

### GOVERNMENT'S STATEMENT OF THE CASE

The defendant, Kevin Trudeau, has been charged with contempt of court. Specifically, the defendant is charged with willfully violating an order of the district court by making representations in infomercials that misrepresented the content of defendant's book entitled *The Weight Loss Cure "They" Don't Want You To Know About*.

The defendant has pleaded not guilty to the charge.

                                          Respectfully submitted,

                                          GARY S. SHAPIRO
                                          United States Attorney

By:   /s/ April M. Perry
        APRIL M. PERRY
        MARC KRICKBAUM
        Assistant United States Attorneys
        219 South Dearborn Street
        Chicago, Illinois 60604
        april.perry@usdoj.gov