## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Plaintiff | ) | Case No 10 CR 886 |
| USA | ) |  |
| v. | ) |  |
|  | ) | Judge:   Ronald A. Guzman |
|  | ) |  |
| Defendant | ) |  |
| Kevin Trudeau |  |  |

**ORDER**

(T:) 5:30

Jury trial held.  Jury deliberation.  Jury returns verdict of guilty.  Jury trial ends.  Post-trial motions to be filed by 12/3/2013.  Response due 12/17/2013.  Reply due 1/3/2014.  Sentencing set for 2/6/2014 at 10:30 a.m.    It is hereby ordered that defendant's bond is revoked and he is taken into custody by the U.S. Marshal.   It is further ordered that defendant may keep his contact lenses.

Date: November 12, 2013                                 /s/  *Ronald A. Guzman*
                                                                    _____
                                                                    **HON. RONALD A. GUZMAN**
                                                                    **United States District Judge**