1                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
2                            EASTERN DIVISION

3
    UNITED STATES OF AMERICA,          )
4                                      )
                 Plaintiff,            )
5                                      )
       v.                              )  No. 10 CR 886
6                                      )
    KEVIN TRUDEAU,                     )  Chicago, Illinois
7                                      )  November 5, 2013
                 Defendant.            )  1:30 o'clock p.m.
8

9                              VOLUME 1
                       EXCERPT OF PROCEEDINGS
10        BEFORE THE HONORABLE RONALD A. GUZMAN, AND A JURY

11
    APPEARANCES:
12

13   For the Plaintiff:        HON. ZACHARY T. FARDON
                               United States Attorney
14                             BY:  MR. MARC KRICKBAUM
                                    MS. APRIL M. PERRY
15                             Assistant United States Attorneys
                               219 South Dearborn Street
16                             Suite 500
                               Chicago, Illinois  60604
17                             (312) 353-5300

18
    For the Defendant:         WINSTON & STRAWN LLP
19                             BY:  MR. THOMAS LEE KIRSCH II
                               35 West Wacker Drive
20                             Chicago, Illinois  60601
                               (312) 558-5600
21
                               MS. CAROLYN PELLING GURLAND
22                             Attorney at Law
                               2 North LaSalle Street
23                             17th Floor
                               Chicago, Illinois  60602
24                             (312) 420-9263

25

1    APPEARANCES (Cont'd):

2
     Court Reporter:              MR. JOSEPH RICKHOFF
3                                 Official Court Reporter
                                  219 S. Dearborn St., Suite 1222
4                                 Chicago, Illinois  60604
                                  (312) 435-6890
5

6              *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

7                       PROCEEDINGS RECORDED BY
                        MECHANICAL STENOGRAPHY
8                 TRANSCRIPT PRODUCED BY COMPUTER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Krickbaum - Opening Statement

3

1    (Proceedings heard in open court:)

2         THE CLERK:  10 CR 886, United States vs. Kevin

3    Trudeau.

4              *    *    *    *    *

5         OPENING STATEMENT ON BEHALF OF PLAINTIFF

6    BY MR. KRICKBAUM:

7         In 2006 and 2007, the defendant, Kevin Trudeau,

8    willfully violated an order of the United States District

9    Court for the Northern District of Illinois.  And when the

10   defendant violated that court order, he was in contempt of

11   court; and, that's why we're here today.

12        Now, throughout the course of this trial, you will

13   learn that the defendant was an author and a salesman.  He

14   wrote books, and he sold those books through infomercials,

15   which are commercials that you sometimes see on television

16   late at night or in the early hours of the morning.

17        And in 2004, you will learn that the defendant

18   settled a lawsuit with the Federal Trade Commission, which is

19   a government agency.  And as part of settling that lawsuit,

20   the defendant agreed to abide by a court order; and, that is

21   the court order that is at issue in this case.

22        The defendant signed that order, and he agreed that

23   he would follow all of its provisions.  And there are several

24   different provisions that the order had, but one of those

25   provisions will be relevant to this case.  And that provision

1    said that if the defendant made infomercials in which he

2    promoted a book, the infomercial could not misrepresent the

3    content of the book.  That's the key language:  The

4    infomercial could not misrepresent the content of the book.

5            Another way to say it is that the infomercials had to

6    accurately reflect what was in the book.

7            Unfortunately, the defendant did not comply with that

8    court order, and, in 2006 and 2007, he willfully violated that

9    order by making infomercials that misrepresented the content

10   of his book, which was called The Weight Loss Cure Protocol

11   They Don't Want You to Know About.

12           Let's talk for a minute about what was in that book.

13           Excuse me.  I think I misstated the name of the book

14   itself.  It was called The Weight Loss Cure "They" Don't Want

15   You to Know About.

16           So, let's talk about what was in it.

17           The defendant called the book a cure, but you will

18   see that what it really was was a diet.  And that diet had

19   four different phases to it, and you'll hear more about those

20   phases as the trial goes on.

21           For at least three weeks of that diet, you were

22   limited to eating only 500 calories per day.  The diet is, you

23   will see, loaded with restrictions.  Foods that you cannot

24   eat.

25           You will also see that the diet is loaded with

Krickbaum - Opening Statement

5

1    requirements, things you have to do:  Exercise, pills and

2    cleanses, and supplements that you have to take.  And you will

3    see that many of these requirements and many of these

4    restrictions last for the rest of your life.

5         But you will also see that when the defendant

6    promoted his book in those infomercials, he told a very

7    different story.  You will see he didn't tell people what was

8    actually involved in the diet contained in the book.  He told

9    listeners that he had a weight loss cure.  He told them it was

10   not a diet.  He said there was no exercise required.  And he

11   said that when you finish with this cure, you can eat anything

12   you want and never gain the weight back.

13        And the evidence in this trial will show that when

14   the defendant made those statements in his infomercials, he

15   lied about what was in his book.  He chose to make his book

16   sound way better than it really was.  And he did that for a

17   simple reason:  So that he could sell more books and so that

18   he could make more money.

19        He also did that knowing that a federal court had

20   ordered him not to misrepresent the content of his book.  And

21   when the defendant willfully violated that order, that is when

22   he was in contempt of court.  And that is what he is charged

23   with in this case:  Contempt of court.  And that is the charge

24   that we, the government, have the burden to prove beyond a

25   reasonable doubt.

Krickbaum - Opening Statement

6

1          Now, I want to take a minute to address a few things

2    that this case is not about.  This case is not about whether

3    the defendant's diet was effective.  I can let you in on a

4    secret.  If you only eat 500 calories a day, you will lose

5    weight.  That's not what this case is about.

6          This case is not about whether the diet is safe.

7    It's not about whether it's recommended.  It's not about

8    whether it's a good idea.  Those are not the issues.

9          The issue is whether the defendant's infomercials

10   accurately represented what was in the book.  Did the

11   defendant tell the truth in those infomercials about the book

12   or did he misrepresent the content of the book?  Did he

13   willfully violate that court order and was he in contempt of

14   court?  That's what this case is about.

15         And I want to take a few minutes to explain to you in

16   a little bit more detail how the government is going to prove

17   the charge in this case beyond a reasonable doubt.

18         First, let's talk about the infomercials.

19         There are three infomercials that the defendant is

20   charged with making, and they were on television in 2006 and

21   2007.  You will see them during this trial.  And when you

22   watch those infomercials, you will see the defendant making

23   fantastic claims about his book.

24         You'll hear him say that the weight loss cure that's

25   in the book is not a diet, it's not portion control, it's not

1    calorie counting.  You will hear him say, "You'll have no

2    hunger.  There is no deprivation.  You can do it at home.

3    There's no exercise required.  There's no crazy potions,

4    powders or pills.  And when you finish the protocol,"

5    according to the defendant in the infomercials, "you can eat

6    anything you want and never gain the weight back."

7         Those are some of the things that you will hear the

8    defendant say in the infomercials.  That's the dream that you

9    will hear him selling.  But then you will see the reality.

10        And the reality is what is actually in that book.

11   You will get to see the book.  We will go through it.  And

12   after seeing the book, you will recognize the lies that the

13   defendant told about his book in those infomercials.  I want

14   to talk about a few different examples.

15        So, first, in the infomercials, the defendant says

16   what's contained in the book is not a diet, it's not portion

17   control, it's not calorie counting.  But then in the book --

18   in Phase 2 of the book -- it says that you can only eat, as I

19   said before, 500 calories a day; you have to measure the

20   portions of the food you eat; and, you can only eat food from

21   a very restricted list.

22        You can have coffee.  You can have tea.  You can have

23   two pieces of meat that are each about the size of a deck of

24   cards.  You can have two handfuls of vegetables.  You can have

25   one small apple.  You can have one small grapefruit.  And you

Krickbaum - Opening Statement

8

1   can have water.  And that's it.  That's all you get all day,

2   every day, for at least 21 days.  And that's set forth in

3   Phase 2 of the book:  A diet, portion control and calorie

4   counting.

5         Another example:  In the infomercials, the defendant

6   says that no exercise is required.  But then in the book, the

7   defendant says that you must walk for one hour outside every

8   day for the rest of your life.  Exercise.

9         Another example:  The book describes a substance that

10   you have to take as part of this protocol.  It's called hCG.

11   And according to the book, hCG is a hormone.  You can only get

12   it through a prescription from a doctor.  It has not been

13   approved for weight loss in the United States.  And you have

14   to inject it into your body with a needle at least 21 times.

15   Every day for at least 21 days.  That's what the book says

16   about hCG.

17         So, what does the defendant say about hCG in those

18   infomercials?  Nothing.  He never mentions hCG in those

19   infomercials.  He never says that you have to inject it in

20   your body; that you can only get it from a doctor's

21   prescription; that it's not been approved for weight loss.

22         In one of the infomercials, the defendant says

23   nothing at all about any substance that you have to take as

24   part of this diet.  In a second infomercial, he mentions a

25   substance in a single sentence; provides no details about it.

Krickbaum - Opening Statement

9

1       And in a third infomercial, here's what the defendant

2  says about this substance.  He says, "It's an all-natural

3  miracle substance and you can get it anywhere."  This is what

4  the book describes as a hormone you inject into your body and

5  you can only get from a doctor's prescription.

6       That is the difference between the book and the

7  infomercials.  That is a difference.

8       Now, I want to address an important point about the

9  infomercials that, I think, you will see throughout this

10  trial, and that is this:  Most of what the defendant says in

11  those infomercials is in the book in some form or another.

12  What do I mean by that?  Well, let me give you a couple of

13  examples.

14       When the defendant says in those infomercials that

15  this is not a diet, he repeats that in places in the book.

16  And when he says no exercise is required, he repeats that in

17  the book.  Or you can eat anything you want.  There are

18  sentences in the book that say that, as well.  There's no

19  disagreement about that.  We agree those things are in the

20  book.

21       But the important point is that the defendant is not

22  charged in this case with misquoting a book.  The government's

23  case is not about him not putting the right sentences in his

24  book from the infomercials.  He is charged with

25  misrepresenting the content of his book.

Krickbaum - Opening Statement

10

1        And the evidence will show that in the book, after

2   the book says it's not a diet, the book then lays out what the

3   book itself calls a very strict and specific diet.  That's

4   what the book calls it.  And, then, the book lays out the

5   500-calorie limit, measuring your portions, only eating those

6   small quantities of food.

7        After the book says there's no exercise required, the

8   book then says that you have to walk outside for an hour every

9   day for the rest of your life.

10       And perhaps the best example of this, in the

11  infomercials, the defendant says when you finish this

12  protocol, you can eat whatever you want and not gain the

13  weight back, period, end of story.

14       In the book, the defendant says when you finish this

15  protocol, you can eat whatever you want and not gain the

16  weight back; and, then, in the very next sentence, the book

17  says, "But you can only eat 100 percent organic food."

18       And, then, after that, it lists more things that you

19  can never eat, again:  No fast food; no food from chain

20  restaurants; no brand-name food; no white sugar, either by

21  itself or as an ingredient in something else; no medication.

22  No prescription medication and no over-the-counter medication,

23  including an aspirin.

24       Ladies and gentlemen, the evidence in this case will

25  show that the book and the infomercials are not the same.  And

 1   the evidence will also show that in those infomercials, the

 2   defendant deceived people about what was contained in his

 3   book.

 4           Now that you've heard a little bit about what this

 5   case is about, I want to talk for just a few minutes about

 6   some of the evidence that the government will use to prove the

 7   charge in this case beyond a reasonable doubt.  There are

 8   several different types of evidence that you will hear and

 9   see.  You will see exhibits.  Some of them will be documents.

10   Some of them will be photographs.

11           You will see and hear stipulations, which is just a

12   word for agreements between the parties that certain facts are

13   true.  You will hear about those agreements.

14           But the government's case is really going to come

15   down to two main pieces of evidence, and you can probably

16   already guess what they are:  The book and the infomercials.

17   That's what the government's case is about.

18           You will get to see the book.  As I said, we will go

19   through it together.  We will look at large portions of it

20   together.  And you will get copies of the book during your

21   deliberations, I expect.

22           You will also get to watch the infomercials, all

23   three of them.  And after seeing the book and watching the

24   infomercials, you will be able to decide whether in those

25   infomercials the defendant told the truth about that book or

Krickbaum - Opening Statement

12

1   whether the defendant misrepresented that book.

2           And in addition to seeing the book and watching the

3   infomercials, you will also hear from a dietician, an expert

4   in the field of nutrition.  And she will talk some about what

5   is actually involved in this diet.

6           So, for example, you'll get to see what 500 calories

7   of food actually looks like.  You'll get to see what the

8   portions of meat and vegetables that you're allowed to eat

9   look like.  And the dietician will also explain to you some of

10  the types of foods that the defendant's diet prohibits a

11  person from ever eating, again.

12          And after you've heard that evidence, you can decide

13  whether the defendant told the truth in the infomercials when

14  he said this was not a diet, when he said that you can eat

15  anything you want with no restrictions.

16          I expect that the government's case will be a

17  straightforward one.  And I expect the evidence will show that

18  when the defendant made those infomercials, he lied about the

19  content of his book.  He lied about it so that he could sell

20  more books and so that he could make more money.  And when he

21  did that, he misrepresented the content of the book and he

22  willfully violated that court order and he was in contempt of

23  court.

24          That's what I expect the evidence to show.

25          And because of that evidence, at the end of this case

Kirsch - Opening Statement

13

1   in our closing argument, the government will stand in front of

2   you, again, and we will ask you to find that the defendant is

3   guilty of criminal contempt.

4           Thank you very much.

5           THE COURT:  Counsel.

6           MR. KIRSCH:  Yes, your Honor.

7           Can you turn the power point on, your Honor, please.

8           (Brief pause.)

9           OPENING STATEMENT ON BEHALF OF THE DEFENDANT

10  BY MR. KIRSCH:

11          May it please the Court.

12          Counsel, ladies and gentlemen of the jury.

13          My name is Tom Kirsch and, along with Carolyn

14  Gurland, we'll be representing the defendant, Kevin Trudeau,

15  throughout the course of the trial.

16          So, you've now heard the government's opening

17  statement.  So, what does that mean?  That means you have

18  heard half the story.  And I'm going to tell you what I think

19  the other half of the story would be.

20          In our lives -- when we make important decisions in

21  our lives or when we make even unimportant decisions in our

22  lives, it's usually important to hear both sides of the story

23  before we make that decision.  I have little kids and if one

24  of my kids came running down the stairs and said, "Dad, Nick

25  hit me," well, if I punish Nick based upon what Jack had just

Kirsch - Opening Statement

14

1    told me, I might be punishing the wrong kid.

2           So, in our lives, we like to hear the full side of

3    the -- both sides of the story before we make important

4    decisions.  And I suspect, ladies and gentlemen -- I represent

5    to you, this is the most important thing in his life.  So, I

6    ask you to keep an open mind, as the Judge instructed you to

7    do.

8           So, what is this case about?  I think we agree on

9    what the issue in the case is going to be.  The government

10   contends that it's going to prove beyond a reasonable doubt

11   that Kevin Trudeau willfully represented the content of his --

12   or willfully misrepresented the content of his -- book in paid

13   television advertisements in 2006 and 2007.

14          Ladies and gentlemen, it's our defense to this charge

15   that he did not willfully misrepresent the content of the

16   book.  Rather, the representations that he made in the

17   infomercials, of which the government complains, are written

18   right in the book.

19          The government talked to you a lot about the fact

20   that Trudeau called the weight loss protocol a cure in the

21   infomercial.  And the government takes issues with that, the

22   fact that he called it a cure in the infomercial.  Ladies and

23   gentlemen, the title of the book is The Weight Loss Cure

24   "They" Don't Want You to Know About.

25          So, it's our defense that the representations made in

Kirsch - Opening Statement

1  the infomercial were also in the book.  And I'm going to go

2  through every single one of them with you.  Not only in my

3  opening statement, but during the course of the trial.  I'm

4  going to go through every single one of them.

5        And, ladies and gentlemen, they were statements of

6  opinion.

7        Now, the government didn't talk to you about certain

8  things that I'm going to talk to you about during my opening

9  statement.  So, I suspect I'm going to talk to you a little

10 bit longer than the government lawyer talked to you, because I

11 want you to know additional things.

12       What is it that the government is going to have to

13 prove in this case?  There's three elements that the

14 government is going to have to prove.  They have to prove each

15 element beyond a reasonable doubt.

16       Number one, that there was a reasonably specific

17 order that was entered by a judge.

18       And I'm going to go through exactly what that order

19 says.  The government referenced the order.  Ladies and

20 gentlemen, it was a 29-page order.  One clause is at issue

21 here.  About six words are at issue.

22       The second requirement that the government has to

23 prove is that Trudeau violated the order by misrepresenting

24 the content of his book.  So, they have to prove that he

25 misrepresented:  What he said in the infomercial, different

1    than what he said in the book.

2          The third thing they have to prove is that he did it

3    willfully.  So, they have to prove that he knew or reasonably

4    was aware that his conduct was wrongful.  It's not just that

5    he made misrepresentations, but that he did it willfully.

6    That's what they have to prove.

7          Now, ladies and gentlemen, I'm going to touch on

8    this, and then I'm going to move on.  The Court has instructed

9    you twice now about the three basic rules upon which our

10   entire criminal justice system is based.

11         The presumption of innocence.  The defendant is

12   presumed innocent.  That's Rule No. 1.  As he sits here, he's

13   presumed innocent.  That presumption of innocence does not

14   leave him unless the government proves each of those three

15   elements beyond a reasonable doubt.

16         The second element is that the burden of proof never

17   leaves -- never leaves -- this table (indicating).  Never.

18         The Court indicated to you I don't even have to give

19   an opening statement.  I don't have to cross-examine the

20   government's witnesses.  I don't have to call witnesses in the

21   defense.  And I don't even have to give a closing argument.

22   And the government would still be required to prove to you

23   beyond a reasonable doubt each of those elements.

24         And the third rule that the Court discussed with

25   you -- ladies and gentlemen, again, these are the rules that

Kirsch - Opening Statement

17

1    have been the bedrock of our criminal justice system for over

2    200 years -- is that the government must prove its case beyond

3    a reasonable doubt.  That is a very heavy burden, but that is

4    the burden that our system of justice requires when the

5    government hauls somebody into court and requires them to

6    answer charges, the consequences of which could have a

7    devastating effect on their lives.

8            Ladies and gentlemen, I'm going to talk to you over

9    the course of the next half hour or so about what I believe is

10   substantial evidence that will show that the defendant did not

11   willfully misrepresent the content of his book in The Weight

12   Loss Cure infomercials.

13           The first thing that I'm going to talk about is

14   that -- and I already mentioned this to you, is that -- the

15   representations in the infomercials were in the book.  And I'm

16   going to show you the representations that the government

17   compares -- complains -- about, and I'm going to show you some

18   examples of the references in the book.  But you're going to

19   see those over and over and over, again, during the course of

20   the trial, particularly when I cross-examine the government's

21   agent -- witness.

22           Second, the representations in the infomercial

23   included Trudeau's views and opinions.  He's an author, ladies

24   and gentlemen.  He wrote a book.  He has views and opinions,

25   and they're in the book and they're in the infomercial.

Kirsch - Opening Statement

18

1       Three -- the government didn't mention this company

2   at all, but I'm going to talk quite a bit about this

3   company -- there's a company called ITV.  They owned a company

4   called Shop America.  And when you watch the infomercials, pay

5   attention to that because it's ITV -- not Trudeau, it's ITV --

6   that exclusively produced the infomercials and marketed the

7   book through those infomercials.

8       Now, ladies and gentlemen, you'll see the

9   infomercials, and you'll see the multiple disclaimers that ITV

10  put in those infomercials, including that they were paid

11  advertisements -- and I'm going to show you those

12  disclaimers -- and that you should consult your doctor before

13  acting on any of the recommendations.

14      Now, another thing that the government didn't mention

15  to you that I'm going to talk to you about, ladies and

16  gentlemen, is that full refunds were available to customers

17  that wanted one.  If you bought a book from ITV and you wanted

18  a refund, you got one.

19      Now, the government said in its opening statement

20  that Trudeau misrepresented -- willfully misrepresented -- the

21  content of his book in the infomercial because he was

22  motivated by profit.  But if somebody bought the book and they

23  didn't like it, they got a refund.  Not much profit when you

24  give somebody a refund.

25      Now, as the prosecutor indicated to you, there are

1    numerous facts, ladies and gentlemen, that are not at issue in

2    this case -- and I just want to walk through some of them --

3    or not in dispute.

4            First of all, in the 2004 consent order, which I'm

5    going to show you -- I'm going to show you; you're going to

6    have back in the jury room; you can read every word of it, all

7    29 pages in it -- nowhere in that consent order did Trudeau

8    admit any wrongdoing.  Nowhere.

9            Now, the government also told you that the

10   effectiveness of the protocol described in the book is not at

11   issue.  It's not -- you're not going to be asked to decide

12   whether it's wise or whether other folks should do it or

13   whether you would or would not lose weight if you did the

14   protocol.  That's not at issue at all in this case.

15           Now, again, you'll see -- and there will be a

16   stipulation to this effect.  I tell you, in the infomercial

17   you're going to hear Trudeau say -- and listen for these words

18   -- "In my opinion, I believe," several times.  But Trudeau was

19   permitted under the 2004 consent order -- and the government

20   agrees -- that he could state his views and opinions in the

21   infomercial.

22           I suggest to you, ladies and gentlemen, that when you

23   say "in my opinion," that is an opinion.  And he could do

24   that, as long as he didn't misrepresent the content of the

25   book.  But if what he said was also in the book and he's

1  expressing it as an opinion, I think that's not going to be an

2  issue in the case; we're not going to be arguing it.

3        And, ladies and gentlemen, the truth or falsity of

4  the book is not an issue in the case.  That is a very

5  important point, and I put it down here (indicating) in red.

6        When you see this book, you may disagree with every

7  single word in the book.  It doesn't matter.  It doesn't

8  matter.  The question is whether Trudeau willfully

9  misrepresented the content of the book in the infomercial, not

10  if you agree with what was in the book.

11        In America, we can write whatever we want in books.

12  I could write a book arguing that the moon is made of cheese,

13  and there's nothing wrong with that.  You can write whatever

14  you want in a book.  So, the question is not whether what was

15  written in the book is true or false.  It's only whether he

16  misrepresented the content of the book in the infomercial.

17        Now, let's talk a little bit about this 2004 consent

18  order that Trudeau is alleged to have willfully violated.

19        A consent order is like a contract.  It's a

20  negotiation between two parties.  In this case, a negotiation

21  between Trudeau and the FTC -- the Federal Trade Commission.

22  Some of you may have heard of the Federal Trade Commission.

23  They're a government regulatory office that is in Washington.

24  And you'll hear it throughout the trial referred to as the

25  FTC.  It's the Federal Trade Commission.

Kirsch - Opening Statement

1        And it's signed by a judge.  It wasn't Judge Guzman.

2   It was a different judge -- Judge Gettleman -- and you'll see

3   his signature on the paper.

4        Trudeau did not admit any wrongdoing when he entered

5   into the consent order.  I already told you that.

6        The consent order allowed Trudeau to write whatever

7   he wanted to in a book.  If he wanted to write a book that

8   said the moon is made of cheese, he could do it.  Anybody can

9   do that.  Anybody can do it.

10       The consent order also allowed Trudeau to state his

11  opinions and his views in his infomercials.  I talked about

12  that for -- a minute ago.

13       And among those 29 pages in that consent order, which

14  I'm going to talk about in some detail, the order provided

15  that, quote -- this is all it said on this subject -- "The

16  infomercial for any book must not misrepresent the content of

17  the book."  That's what it said.  That's what the order said.

18       Now, I'm going to walk through just very briefly with

19  you some of the major participants that are involved in this

20  case and tell you a little bit about them, starting with my

21  client, Kevin Trudeau.

22       Kevin is 50 years old.  He's 50 years old this year.

23  Ladies and gentlemen, he is a New York Times No. 1 best-

24  selling author.  That means not just that his books made the

25  New York Times Best Seller List, but that they were No. 1 on

Kirsch - Opening Statement

1    the New York Times Best Seller List.

2         He is a motivational, self-help speaker.  He is a

3    natural health advocate.  You'll see that in the book.  He's

4    very much into natural cures and natural health advocacy.  And

5    he's an author.  He's authored several books.

6         Now, ladies and gentlemen, you are going to see in

7    this book -- I have on the screen here that he's made

8    statements in the past critical of government censorship and

9    large corporations.

10        Ladies and gentlemen, he is very critical of the

11   government.  He is very critical of the FDA.

12        He is critical of large corporations, including food

13   companies that -- the ones that are putting ingredients and

14   the chemicals in your food.  He is very critical of these

15   entities, and you're going to see that come through in his

16   book.

17        He's critical of the government in many respects.

18        He grew up in Massachusetts, and he spent most of his

19   adult life here living in the Chicagoland area.

20        ITV.  ITV is the company that I told you about that

21   exclusively produced and marketed the infomercials that are

22   the subject of this lawsuit.  ITV is a direct response

23   marketing company that's located in Massachusetts, outside of

24   Boston.  They specialized in producing and marketing

25   television infomercials in the live interview format.  You're

1    going to see that the infomercial, Trudeau is sitting at a

2    couch or a table with somebody else and it's an interview

3    format infomercial.

4           ITV exclusively produced and marketed The Weight Loss

5    Cures book.  They were the one that sold the book.  And I'm

6    going to show you here their refund policy.  They offered

7    refunds to any customers who wanted a refund.

8           The Federal Trade Commission, I told you, is a large

9    agency of the United States government located in Washington,

10   and they regulate advertising.  They're represented by lawyers

11   in courts in civil litigation.  This is a criminal case.

12   That's totally different than a civil case.

13          The consent order was entered into in a civil case,

14   not a criminal case.  The FTC lawyers, they signed that

15   consent order.  They represent the United States government in

16   federal courts just like the U.S. Attorney's Office does, only

17   they do it in civil cases.  The U.S. Attorney's Office does it

18   in criminal cases.

19          And like I said, they were one of the two parties

20   with Trudeau to the negotiated consent order in 2004.

21          I want to talk to you a little bit about The Weight

22   Loss Cure "They" Don't Want You to Know About, and I'm going

23   to tell you a little bit more about the book than, I think,

24   the government did.  It was published in 2007.  The book

25   describes -- largely describes -- Trudeau's weight loss story.

Kirsch - Opening Statement

24

1          By the way, just so you know, this weight loss

2    protocol that's described in the book, this is not Trudeau's

3    weight loss protocol, and I'm going to talk to you about that.

4          But there are four phases to the weight loss

5    protocol.  When the government was talking to you about

6    exercise, you can eat all you want, they did not distinguish

7    between what is recommended in the book and what is required

8    in the weight loss protocol.  And I submit to you that that is

9    a big distinction.

10          Phase 1.  I submit to you most of the government's

11    evidence is going to be on Phase 1 of the diet -- or the

12    protocol -- which is the first 30 days.  It's entirely

13    recommended.  It's just recommended.  It's not required.  You

14    can start with Phase 2 if you want to.  And, then, lists --

15    Phase 1, which is recommended, lists -- if you're going to do

16    Phase 1, it lists a bunch of dos and bunch of don'ts, but it's

17    recommended.

18          Phase 2 and 3 is the protocol itself.  Phase 2 and 3

19    is a weight loss protocol developed in the 1950s by a medical

20    doctor -- a British medical doctor -- named Dr. Simeons.  And

21    you're going to see all kinds of references to Dr. Simeons in

22    the book.  Dr. Simeons is the one who came up with the weight

23    loss protocol, not Trudeau.  This is not his weight loss

24    protocol.

25          Phase 4.  The government talked a lot about Phase 4.

1    You can eat whatever you want for the rest of your life and

2    not keep -- and keep the weight off.  If you want to do that

3    in Phase 4, Phase 4 is recommended.  It contains suggestions.

4    And you're going to see the quotes.  And, then, if you want to

5    do Phase 4 and keep the weight off for the rest of your life,

6    it contains several dos and don'ts.

7         But it's important to remember and to distinguish

8    when the government is talking about the book what is required

9    under Simeons' weight loss protocol in Phases 2 and 3 and what

10   is recommended in Phases 1 and 4.

11        Now, Trudeau advertised this book in infomercials,

12   which we all know; and, you're going to see the infomercials

13   in court.

14        Ladies and gentlemen, I think and I submit to you --

15   I submit to you -- and I want you to consider these things as

16   you hear the evidence in the case -- I submit to you that the

17   evidence is going to show five critical facts in this case

18   that will prevent the government from meeting its burden of

19   proof of proving that my client willfully misrepresented the

20   content of the consent order beyond a reasonable doubt.  I'm

21   going to walk through each of these with you briefly.

22        The first one is Trudeau did not misrepresent the

23   content of the book.  Remember, the order said you can't

24   misrepresent the content.  Well, the representations in the

25   infomercial were in the book.  They were in the book.  And I'm

1    going to show you that.

2          So, the first fact that the government can't prove,

3    that Trudeau misrepresented the content of the book in the

4    infomercial, is because he didn't.  What he said in the

5    infomercial is in the book.

6          The second fact -- I mentioned this before -- is that

7    it contained his views and opinions.  The infomercial contains

8    his views and opinions, which is permitted under the 2004

9    consent order.

10         I think the evidence is going to show that ITV was

11   the company that exclusively produced and marketed the book.

12   And I have two little sub-points here, that ITV made the

13   decision to air the infomercials and was aware of and in

14   possession of the consent order when they did it.

15         So, think about that, ladies and gentlemen.  The

16   defendant is charged with willfully violating a consent order

17   by misrepresenting the content of a book in an infomercial.  I

18   think the evidence is going to show to you that ITV produced

19   and distributed the infomercial.  ITV, a company located in

20   Massachusetts.  And when they did it, they had the consent

21   order.  They knew exactly what the consent order said about

22   prohibiting anybody from willfully misrepresenting the content

23   of a book in an infomercial.

24         And, ladies and gentlemen, I submit to you the

25   government is not going to call a single witness, not one,

Kirsch - Opening Statement

27

1   who's from ITV.  Not one person from ITV is going to testify

2   that anybody at ITV told Trudeau that the infomercials

3   violated the consent order when they produced them and

4   marketed them.

5          The fourth fact is what I mentioned to you before:

6   The Weight Loss Cure infomercials contained several

7   disclaimers, which I'm going to show you.

8          And the fifth fact is that ITV policy allowed full

9   refunds to customers that wanted one.

10          So, I'm going to take the first two facts together,

11  that the representations made in the infomercials were in the

12  book and that they were statements of opinions.

13          Now, ladies and gentlemen, the government's position

14  is that the representations in the infomercial were not in the

15  book and they misrepresented the content of the book.

16          Our position, as I told you, is that the

17  representations were in the book and that they were his views

18  and opinions.  So, the infomercial did not misrepresent the

19  content of the book, and Trudeau was permitted to state his

20  views and opinions, which I've mentioned.

21          Now, I'm going to talk to you about some of the --

22  and I'm going to go -- I'm not going to -- I'm going to go

23  through these slides so you can see them.  I'm not going to go

24  through every quote on every slide.  I'll have a chance to

25  address you, again, in closing argument, and I will.  And

Kirsch - Opening Statement

28

1     that's when I'll do it.  And I'll do it through the

2     cross-examination of the government agent.

3             But if I went through every quote in the book that

4     was consistent with what was in the infomercial, we'd be here

5     for hours.  And nobody wants to be here for hours.

6             But the first complaint that the government has is

7     that Trudeau misrepresented the content of his book in the

8     infomercials when he described the weight loss protocol as a

9     cure.  If you see on the left-hand side of the screen, that's

10    the government's allegation:  That the statement that the

11    weight loss protocol was a cure misrepresented what was in the

12    book.  And, then, the government has other similar allegations

13    with respect to that one allegation.

14            Well, here are some quotes from The Weight Loss Cure

15    book.  First of all, as I mentioned to you, the title of the

16    book is The Weight Loss Cure "They" Don't Want You to Know

17    About.  So, the government has alleged he misrepresented the

18    content of the book in the infomercial by calling it a cure

19    when the title of the book is The Weight Loss Cure.

20            But throughout the book, there are dozens of

21    statements similar to ones that I've quoted on the screen.

22    "The Weight Loss Cure is not a diet," "not an exercise

23    program."  You see the second sentence:  "The Weight Loss Cure

24    addresses and corrects the physiological cause of obesity,

25    weight gain, the inability to lose weight."

Kirsch - Opening Statement

1          The third bullet point:  "This weight loss cure

2   protocol does, in fact, cure and correct these problems."

3          The fourth bullet point:  "You will be cured."

4          Now, ladies and gentlemen, these quotes are not

5   quotes from the infomercial.  They're quotes from the book.

6   So, remember the government has alleged that when he called it

7   a cure in the infomercial, he misrepresented the content of

8   the book.  The quotes are all from the book, where he calls it

9   a cure dozens of times.

10          The government -- one of the allegations in the

11   protocol is inexpensive.  But I'm going to skip over that for

12   now because I want to talk to you about what the government

13   talked about in its opening statement particularly.  But

14   you'll see -- you're going to see all of these in some great

15   detail.

16          No exercise is required.  Trudeau, in the

17   infomercial, said this is not an exercise protocol.  It's not

18   an exercise protocol.

19          And throughout the book, he talks about -- and these

20   are the quotes:  "The Weight Loss Cure is not an exercise

21   program."

22          "No exercise is required."

23          "No exercise is required."

24          "Although exercise is encouraged, you do not need to

25   exercise."

Kirsch - Opening Statement

1    "There's no hunger or feeling of deprivation during

2    the treatment.  No exercise was required."

3    Over and over in the book, he talks about no exercise

4    being required.

5    Now, the government mentioned to you after the

6    protocol is finished, you can eat whatever you want.  The

7    government talked about that in some detail.  And remember, I

8    told you Phases 2 and 3 are the protocol.  Phase 4 is after

9    the protocol is complete, and it's suggestions and

10   recommended.

11   But throughout the book, he talks about no

12   restrictions.  It does not mean you'll be restricted to

13   certain types of food.  "You'll be cured."  "When you're

14   finished, you'll be able to eat any kinds of food you want."

15   And, ladies and gentlemen, you're going to hear about

16   the cure.  The cure basically talks about resetting your

17   hypothalamus gland and also increasing metabolism.  So, what

18   it does is it makes you less hungry so you eat less, and then

19   it speeds up the processing of the food.  That's the idea of

20   Simeons.  This is not Trudeau.  This is Simeons' weight loss

21   cure.

22   But the idea is to make you fuller faster and then to

23   make you -- your metabolism -- speed your metabolism so you

24   break down the food faster.  So, you eat whatever you want;

25   you're just going to eat smaller.  You're going to get hungry

Kirsch - Opening Statement

31

1  faster.  Instead of eating three pieces of pizza, you're going

2  to eat two.

3        Now, Mr. Krickbaum talked about the organic food.

4  You remember during his opening statement he mentioned that

5  Phase 4 requires you eat a hundred percent organic food and

6  that that was somehow an alleged misrepresentation.  Well, I

7  think the evidence -- I got the book, and the book is going to

8  be in evidence.  I think the evidence is going to show the

9  following:  That Trudeau, in the book, wrote, "The simplest

10 rule to follow is to eat anything you want, as much as you

11 want, as often as you want.  The only caveat is only eat a

12 hundred percent organic food."

13       The next sentence is irrelevant.

14       The very next sentence after that, Trudeau writes,

15 "In real life, in the real world, eating only 100 percent

16 organic food can be next to impossible."  He recognizes that

17 right in the book.

18       And, then, he says, "Basically, then, what you work

19 to achieve is to avoid as best you can the man-made

20 ingredients that cause obesity."  That's what Mr. Trudeau said

21 in the book.

22       So, although the government is right that he said you

23 have to eat a hundred percent organic food, in the very next

24 phrase he recognizes that may be impossible; and, if it is,

25 just avoid the man-made ingredients that cause obesity.

Kirsch - Opening Statement

1          The protocol is not a diet.  That was one of the

2     things that the government talked about in its opening

3     statement.  What you're going to see time and time, again, in

4     the book -- the references to "The Weight Loss Cure is not a

5     diet"; "although it's not a diet"; "the simplest rule you

6     follow is to eat anything you want.  It's not a diet."

7          So, over and over in the book, he says it's not a

8     diet.

9          The next one that Mr. Krickbaum talked about is hCG.

10    And, ladies and gentlemen, I'm just going to talk very briefly

11    about hCG.  hCG is a hormone.  It's produced -- it's a natural

12    hormone.  It's produced in women during pregnancy.  Their body

13    produces hCG.  In fact, it's a common treatment for women who

14    are going through infertility treatment.  hCG is a common

15    treatment.  It comes in a powdery substance.  You mix it with

16    water.  It's a very small amount.  You take a syringe, you

17    pull it up, and then you inject it in your butt.  That's what

18    you do.  That's hCG.

19         So, Trudeau talks about it as being a natural

20    substance, and he talks about miracle all-natural substances

21    that you use during the weight loss protocol.  Well, it is a

22    natural substance.  There will be no dispute about that.

23         But, ladies and gentlemen, I want to talk to you

24    about the last bullet point here on the screen.

25         The government says Trudeau didn't mention hCG at all

1    in the infomercial, and they say that by not doing that, he

2    willfully -- willfully -- he knew it was wrong -- he willfully

3    misrepresented the content of the book.  But in multiple

4    passages in the book, he tells you that if hCG is unavailable

5    to you, if you don't want to use hCG, there's an alternative.

6             And I can think of three places off the top of my

7    head when he says that in the book.  When I cross-examine the

8    government agent, I'm going to show you all three of them.

9    So, he talks about a substitute for hCG, and that will be the

10   evidence.

11            Now, I want to talk to you briefly about ITV.

12            That takes me through Points 1 and 2 of my five

13   facts.

14            I want to talk to you about ITV and their decision to

15   air the infomercials.

16            Ladies and gentlemen, this is what the evidence will

17   be on that.  The evidence will show that the parties -- that's

18   the government and the defense -- we all agree that ITV

19   exclusively produced and marketed The Weight Loss Cure's

20   program.  It's not in dispute.  ITV produced it.  ITV marketed

21   it.  That's not in dispute.

22            It's also not in dispute that at the time they did

23   so, they were aware of and in possession of the 2004 court

24   order.  ITV produced the infomercial.  They marketed the

25   infomercial.  And they had the court order -- the 2004 consent

Kirsch - Opening Statement

34

1   order -- when they did it.  And, then, I told you earlier

2   there's no evidence that anyone at ITV told Trudeau that the

3   infomercial violated the court order.

4          No. 4, the disclaimers.  Remember I told you there

5   were disclaimers.  And you're going to see these disclaimers

6   while the advertisement is shown to you -- while the

7   infomercials are shown to you.  There could be no dispute as

8   to what this was.  There's no dispute as to what the

9   infomercial did.  You're going to see -- I can read that to

10  you -- the disclaimer that came on:  "The following is a paid

11  advertisement for The Weight Loss Cure brought to you by Shop

12  America."

13         Remember I told you Shop America is a company that

14  was owned by ITV.  There was a stock purchase agreement

15  sometime in the summer of 2006.  And Shop America was sold --

16  Trudeau signed on behalf of Shop America, sold the company to

17  ITV.  So, ITV -- there's no dispute ITV owns Shop America.

18         And Trudeau never owned ITV or anything like that.

19  He sold some subsidiary -- or some small entities in which he

20  was a manager.  He signed -- you're going to see the consent

21  order.

22         But ITV owned Shop America.  ITV was the one that

23  produced and distributed the infomercial.  No dispute about

24  that.

25         The next disclaimer you're going to see is:  "It is

Kirsch - Opening Statement

35

1    recommended that you consult with a licensed medical doctor or

2    physician before acting upon any recommendation that is made

3    in the book or in this paid advertisement."

4         Another disclaimer that's going to appear in the

5    infomercial:  "Trudeau's weight loss cure has not been

6    approved by the Food and Drug Administration or any other

7    government agency."

8         He says that right in the infomercial.

9         "The following is a paid program."

10        "The preceding was a paid program."

11        Multiple disclaimers in the infomercial.

12        The fifth fact, and the last one that I'm going to

13   talk to you.  Ladies and gentlemen, the government argued to

14   you that Trudeau was motivated by profit in misrepresenting

15   the content of his book because he wanted to sell more books.

16   But it's undisputed that ITV offered a refund to customers who

17   bought the book and didn't want it for any reason at all.  If

18   they didn't like it, they didn't agree with it, they didn't

19   want it, they got a refund.

20        And this policy is going to be admitted in evidence.

21   This is a document that you're going to have back with you in

22   the jury room:  "Your ITV product purchase comes with a 30-day

23   money back satisfaction guarantee that starts upon delivery of

24   this shipment.  If you are not completely satisfied with your

25   purchase, contact our Customer Satisfaction Department Monday

Kirsch - Opening Statement

36

1 through Friday from 8:00 a.m. to 8:00 p.m. Eastern Standard

2 Time."

3          Now, you're going to hear Trudeau even in the

4 infomercial, he talks about how it's unconditionally

5 guaranteed.  When he's talking about the book, "Buy the book

6 for $29.95 and I'll throw in all the other books that I wrote

7 on natural cures.  It's unconditionally guaranteed.  If you

8 don't like the book, if you don't want the book, you call and

9 send it back."

10          ITV had a policy where they offered refunds.

11          And, ladies and gentlemen, that's the end of my

12 opening statement.  I'm coming to the end of my opening

13 statement, and you're going to see me and you're going to see

14 Ms. Gurland during the course of the government's case.  We're

15 going to cross-examine the government's witnesses.

16          And, then, the government is going to do a closing

17 argument.  They get to go first and they get to go last

18 because they have the burden of proof.  But in between when

19 they go first and when they go last, I'm going to go back in

20 front of you and I'm going to give a closing argument.

21          But, ladies and gentlemen, I requested the very

22 beginning of my opening statement to please keep an open mind.

23 When you hear the direct examination of the government's

24 witnesses, don't form opinions and conclusions until you hear

25 my cross-examination of the government's witnesses.  And the

Kirsch - Opening Statement

37

1    same with closing argument:  Keep an open mind.

2            And I suggest to you, ladies and gentlemen, that you

3    please keep in mind these five critical facts which, I

4    believe, will prevent you from concluding that the government

5    has met its burden of proof beyond a reasonable doubt --

6    beyond a reasonable doubt -- on all three of the elements that

7    the government must prove.

8            And at the end of the case, ladies and gentlemen, I

9    will be back up here and I will ask you to return a not guilty

10   verdict as to Kevin Trudeau.

11           THE COURT:  Folks, you have now heard the opening

12   statements of the attorneys.  The next thing that happens in

13   sequence is the introduction of the actual evidence itself.

14   We will not begin that today.  It is almost 4:00 o'clock.  We

15   quit at 4:30.  It would be almost counterproductive to do so.

16           We are going to let you go home today.  Get a good

17   night's rest.  Come back tomorrow at 9:30 sharp.  We will

18   begin with the evidence in this case.

19           I want to remind you -- and I will try to do this

20   every day, but if I forget, the admonishment is still there

21   for you to follow -- you are not to read, listen to or view

22   any news reports or any other information about this case.

23   You are not to talk to anyone or discuss with anyone this

24   case, and if anyone should try to do so, you are to report

25   that to the Court.

 1               We begin tomorrow at 9:30 a.m.  You know which bank

 2    of elevators you are supposed to use.

 3               Any questions?

 4               (No response.)

 5               THE COURT:  Have a good evening.  We will see you

 6    tomorrow morning.

 7      (Jury out.)

 8               THE COURT:  Be ready to begin tomorrow at 9:30.

 9               MR. KRICKBAUM:  Yes, Judge.

10               THE COURT:  Okay.

11               MR. KIRSCH:  Yes, your Honor.

12               THE COURT:  All right.

13               Are there any issues that you foresee that we should

14    address now?

15               MR. KRICKBAUM:  No, your Honor.

16               MR. KIRSCH:  No, your Honor.

17               THE COURT:  Okay.

18               Well, I am not going to require you to be here early,

19    but if between now -- as has happened several times during the

20    course of these proceedings, between now -- and tomorrow

21    morning you perceive an issue that needs to be addressed, do

22    not come at 9:30 and tell me you want to address it then.  Let

23    the Court and opposing counsel know ahead of time and get here

24    early so we can do this without making the jury wait.

25               MR. KRICKBAUM:  We understand, Judge.

1          THE COURT:  Okay.  Have a good evening.

2          We are adjourned.

3          MR. KRICKBAUM:  Thank you.

4          MR. KIRSCH:  Thank you, your Honor.

5     (Whereupon, an adjournment was taken at 3:53 o'clock p.m.,

6        until 9:30 o'clock a.m., the following day, November 6,

7        2013.)

8                    *    *    *    *    *

9

10   I certify that the foregoing is a correct excerpt from the
     record of proceedings in the above-entitled matter.
11

12
     /s/ Joseph Rickhoff                    November 5, 2013
13   Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25