Case: 1:10-cr-00886 Document #: 208 Filed: 07/01/14 Page 1 of 1 PageID #:5249

10 cr 886 USA v. Trudeau

FILED
JUL 01 2015
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

Dear Hon Judge Ronald A. Guzman

The recent conviction of Kevin Trudeau is wonderful news. My late mother Joanne Kurtyan was victimized by Mr. Trudeau by buying his books and other products while she was going thru cancer treatment that eventually took her life. She even convinced me to buy several hundreds of dollars worth of Mr. Trudeau books thru his infomercials. I'd say total it was 2,500 U.S. Dollars that we lost. When I read he was convicted and sentenced to 10 yrs in prison. This was a blessing, but also it made me to write to you, thanking you for standing up for the sick, poor and insecure.

Does Mr. Trudeau required to compensate his victims?

My contact information is: Steven M. Hubbs

