Shannon Docheff



March 18, 2014

Honorable Ronald A. Guzman
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Courtroom 1219 | Chambers 1278
Chicago, IL 60604

**FILED**

JUL 1 6 2014

RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

Dear Sir,

I read the story today about how you sentenced Kevin Trudeau to 10 years in prison for bilking. There were no complaints from customers. He didn't steal. He never represented himself as a doctor. He didn't destroy any lives or property. He didn't embezzle. I, myself, have successfully and safely lost weight using HCG. I was never more healthy.

Sir, in my opinion you and the DA wasted your time and taxpayer money charging, trying, convicting and sentencing this entrepreneur and visionary instead of convicting real criminals such as human traffickers, murderers, and thugs. Now taxpayer dollars will go to feed, clothe and shelter him in the prison system instead of protecting citizens from real threats. People like you cause me to despise this so called "justice" system. SHAME ON YOU.

Sincerely,

*Shannon Docheff*

Shannon Docheff