10 cr 886 USA v. Trudeau

The Honorable U.S. District Judge Ronald Guzman

Re: Kevin Trudeau

Dear Sir:

I hope you are aware that Kevin Trudeau is still airing his commercials.* Obviously, he has no remorse and will continue to con the gullible public with his "sincere" demeanor and worthless books. Since he has declared he is penniless, perhaps this is his ~~way~~ method of making restitution money. He should be arrested and tried again.

* at least here in Ohio